SANTANA & HART
Maria I. Zeyrek - SBN: 187406
71 Stevenson Street, Suite 700
San Francisco, CA 94105
Telephone:   415-777-1308
Facsimile:   415-896-9063

Attorneys for Defendant, GAMBLIN HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK STUPPIN,<br><br>          Plaintiff,<br><br>v.<br><br>GAMBLIN ARTISTS COLORS CO.; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: C10-04114 EMC<br><br>**JOINT STATUS CONFERENCE STATEMENT** ;-ORDER<br><br>Date: April 6, 2011<br>Time: 2:30p.m.<br>Courtroom: C |

Plaintiff, Jack Stuppin, and Defendant, Gamblin Holdings, Inc., hereby submit the following Joint Status Conference Statement:

The parties request a sixty day continuance of the upcoming status conference to allow them to mediate this matter before Robert Murray of the Arbitration and Mediation Center located at 111 Santa Rosa Ave., Suite 202, in Santa Rosa, CA. Due to availability of defendant's insurance adjuster for mediation and the taking and completion of depositions of defendant's employees in Portland, Oregon, the parties were unable to complete mediation by the Court's deadline of March 31, 2011. The mediator's office has confirmed availability for mediation within the next sixty days and the parties are working on confirming a date agreeable to all parties and persons involved.

//
//
//
//

Respectfully submitted.

DATED: March 30, 2011

CARLE MACKIE POWER & ROSS, LLP

By: _____
Willard A. Carle, Esq.
Attorney for Plaintiff, JACK STUPPIN

DATED: March 30, 2011

SANTANA & HART

By: _____
Maria I. Zeyen, Esq.
Attorney for Defendant, GAMBLIN HOLDINGS, LLC

IT IS SO ORDERED that the status conference is reset from 4/6/11 at 2:30 p.m. to 6/15/11 at 2:30 p.m. An updated joint status report shall be filed by 6/8/11.

_____
Edward M. Chen
U.S. Magistrate

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen