| | |
|---|---|
| 1 | WILLARD A. CARLE III, SBN 95703 |
| | CARLE, MACKIE, POWER & ROSS LLP |
| 2 | 100 B Street, Suite 400 |
| | Santa Rosa, California 95401 |
| 3 | Telephone: (707) 526-4200 |
| | Facsimile: (707) 526-4707 |
| 4 | Attorneys for Plaintiff |
| | JACK STUPPIN |
| 5 | |
| | ANN S. KAPLAN, ESQ. (#76945) |
| 6 | BURESH, KAPLAN, FELLER & CHANG |
| | 2298 Durant Avenue |
| 7 | Berkeley, California 94704 |
| | Telephone: (510) 548-7474 |
| | Facsimile: (510) 548-7488 |
| 8 | Attorneys for Defendant |
| | GAMBLIN ARTISTS COLORS CO. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK STUPPIN, | Case No. C 10-04114 EMC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING EXPERT DISCOVERY DATES** |
| GAMBLIN ARTISTS COLORS CO.; and DOES 1 through 100, inclusive, | |
| Defendant(s). | |

An expert for one of the parties recently developed health complications requiring surgery, making that expert unavailable for provision of an expert report and trial. The parties want to retain the equity of contemporaneous disclosures so have agreed to move out two weeks all dates related to expert disclosures and expert discovery. Although not currently anticipated, if complications arise related to the expert report from the new expert an additional short time may be required. The parties will address that if it occurs. None of this will impact the trial date or other dates contained in the most recent Case management and Pre-trial Order for Jury Trial.

In the interest of efficient case management, the parties have agreed to amend the dates set forth in the previous Case Management and Pre-Trial Order for Jury Trial as follows:

///

|   |   |   |
|---|---|---|
| 1 | 6. EXPERT REPORTS: | Opening reports by 3/2/2012 |
| 2 |   | Rebuttal reports by 3/23/2012 |
| 3 | 7. EXPERT DISCOVERY CUT-OFF: | 4/13/2012 |

Dated: February 16, 2012

CARLE, MACKIE, POWER & ROSS LLP

By: *[signature]*
WILLARD A. CARLE III
Attorneys for Plaintiff, Jack Stuppin

Dated: February 16, 2012

BURESH, KAPLAN, FELLER & CHANG

By: *[signature]*
ANN S. KAPLAN
Attorneys for Defendant,
Gamblin Artists Colors Co.

It is so ORDERED.

Dated: February 24, 2012

EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*[signature] Judge Edward M. Chen*
*Seal: United States District Court, Northern District of California*

STIPULATION AND ORDER REGARDING EXPERT DISCOVERY DISCLOSURE DATES