1  WILLARD A. CARLE III, SBN 95703
   CARLE, MACKIE, POWER & ROSS LLP
2  100 B Street, Suite 400
   Santa Rosa, California 95401
3  Telephone: (707) 526-4200
   Facsimile: (707) 526-4707
4  Attorneys for Plaintiff
   JACK STUPPIN

5
   ANN S. KAPLAN, ESQ. (#76945)
6  BURESH, KAPLAN, FELLER & CHANG
   2298 Durant Avenue
7  Berkeley, California 94704
   Telephone: (510) 548-7474
   Facsimile: (510) 548-7488
8  Attorneys for Defendant
   GAMBLIN ARTISTS COLORS CO.
9

10

11                   UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13 | JACK STUPPIN,              | Case No. C 10-04114 EMC
14 |      Plaintiff,            |
15 | v.                         | **STIPULATION AND ORDER REGARDING EXPERT DISCOVERY DATES**
16 | GAMBLIN ARTISTS COLORS CO.; and DOES 1 through 100, inclusive, |
17 |                            |
18 |      Defendant(s).         |

19     An expert for one of the parties recently developed health complications requiring

20 surgery, making that expert unavailable for provision of an expert report and trial. The parties

21 want to retain the equity of contemporaneous disclosures so have agreed to move out two weeks

22 all dates related to expert disclosures and expert discovery. Although not currently anticipated, if

23 complications arise related to the expert report from the new expert an additional short time may

24 be required. The parties will address that if it occurs. None of this will impact the trial date or

25 other dates contained in the most recent Case management and Pre-trial Order for Jury Trial.

26     In the interest of efficient case management, the parties have agreed to amend the dates

27 set forth in the previous Case Management and Pre-Trial Order for Jury Trial as follows:

28 ///

STIPULATION AND ORDER REGARDING EXPERT DISCOVERY DISCLOSURE DATES

| | | |
|---|---|---|
| 1 | 6. EXPERT REPORTS: | Opening reports by 3/2/2012 |
| 2 | | Rebuttal reports by 3/23/2012 |
| 3 | 7. EXPERT DISCOVERY CUT-OFF: | 4/13/2012 |

Dated: February 16, 2012

CARLE, MACKIE, POWER & ROSS LLP

By: _____
WILLARD A. CARLE III
Attorneys for Plaintiff, Jack Stuppin

Dated: February 16, 2012

BURESH, KAPLAN, FELLER & CHANG

By: _____
ANN S. KAPLAN
Attorneys for Defendant,
Gamblin Artists Colors Co.

It is so ORDERED.

Dated: February 24, 2012

IT IS SO ORDERED

Judge Edward M. Chen

EDWARD
United States

STIPULATION AND ORDER REGARDING EXPERT DISCOVERY DISCLOSURE DATES