UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK STUPPIN,<br><br>        Plaintiff,<br><br>        v.<br><br>GAMBLIN ARTISTS COLORS CO.; and DOES 1 through 100, inclusive,<br><br>        Defendant(s). | Case No. C 10-04114 EMC<br><br>**ORDER REGARDING ADDITIONAL DEPOSITION** |

    Good Cause Appearing from a Joint Letter Brief regarding discovery submitted by the parties:

    IT IS ORDERED that the Fourth Amended Case Management and Pre-Trial Order for Jury Trial be amended to allow a fifth deposition to be taken, namely of artist Amy Bennett at a time convenient to counsel and the third-party witness.

Dated: ~~February ___, 2012~~    March 5, 2012

_____
EDWARD M. CHEN
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*