ANN S. KAPLAN, ESQ. (#76945)
BURESH, KAPLAN, FELLER & CHANG
2298 Durant Avenue
Berkeley, California 94704
Telephone: (510) 548-7474
Facsimile: (510) 548-7488

Attorneys for Defendant
GAMBLIN ARTISTS COLORS CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK STUPPIN,<br><br>    Plaintiff,<br><br>v.<br><br>GAMBLIN ARTISTS COLORS CO.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C10-04114 EMC<br><br>**STIPULATION AND ORDER TO RESET JOINT STATUS CONFERENCE**<br><br>COMPLAINT FILED: 9/14/10<br>TRIAL DATE: 6/4/12 |

      As a result of the parties having encountered delays obtaining information from their experts who require time for testing of Plaintiff's oil paintings, and as a result of the fact that the parties would like to participate in a second mediation which they intend to schedule for May 31, 2012, the parties wish to request a continuance of the June 4, 2012 trial date to either November 12, 19 or 26, 2012.

      The parties previously requested a telephone conference with Judge Chen to discuss these matters. It was suggested instead that the current April 6, 2012 status conference be reset for March 16, 2012, and that an updated joint status report be due March 13, 2012.

      Accordingly, the parties hereto request that the April 6, 2012 status conference be reset for March 16, 2012, at 1:30 p.m., and that the joint status report be due on March 13, 2012.

Buresh, Kaplan,
Feller & Chang
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

Case No. C10-04114 EMC
STIPULATION & ORDER TO
RESET JOINT STATUS CONFERENCE

1

1  Dated: March 9, 2012                        BURESH, KAPLAN, FELLER & CHANG

2

3

4                                              By: _____/s/ Ann Kaplan_____
                                                        Ann S. Kaplan
5                                                       Attorneys for Defendant,
                                                        GAMBLIN ARTISTS COLORS CO.
6

7

8

9  Dated: March ___, 2012                      CARLE, MACKIE, POWER & ROSS LLP

10

11

12

13                                             By: _____
                                                        Willard A. Carle III
14                                                      Attorneys for Plaintiff,
                                                        JACK STUPPIN
15

16

17

18         **IT IS SO ORDERED.**

19

20

21  Dated: March 13, 2012

                                               IT IS SO ORDERED
                                               /s/ Edward M. Chen
                                               Judge Edward M. Chen
                                               UNITED STATES DISTRICT COURT
                                               NORTHERN DISTRICT OF CALIFORNIA

Buresh, Kaplan,
Feller & Chang
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

Case No. C10-04114 EMC
STIPULATION & ORDER TO
RESET JOINT STATUS CONFERENCE

2

1  Dated: March 9, 2012                    BURESH, KAPLAN, FELLER & CHANG

2

3

4
                                           By: _____
5                                              Ann S. Kaplan
                                               Attorneys for Defendant,
6                                              GAMBLIN ARTISTS COLORS CO.

7

8

9  Dated: March 12, 2012                   CARLE, MACKIE, POWER & ROSS LLP

10

11

12

13                                         By: _____
                                               Willard A. Carle III
14                                             Attorneys for Plaintiff,
                                               JACK STUPPIN
15

16

17

18            IT IS SO ORDERED.

19

20

21  Dated: March ___, 2012

22

23

24                                         _____
                                           Edward M. Chen
25                                         U.S. District Judge

26

27

28

Buresh, Kaplan,
Feller & Chang
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

Case No. C10-04114 EMC
STIPULATION & ORDER TO
RESET JOINT STATUS CONFERENCE

2