ANN S. KAPLAN, ESQ. (#76945)
BURESH, KAPLAN, FELLER & CHANG
2298 Durant Avenue
Berkeley, California 94704
Telephone:    (510) 548-7474
Facsimile:     (510) 548-7488

Attorneys for Defendant
GAMBLIN ARTISTS COLORS CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK STUPPIN,<br><br>    Plaintiff,<br><br>v.<br><br>GAMBLIN ARTISTS COLORS CO.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C10-04114 EMC<br><br>**STIPULATION AND ORDER TO RESET JOINT STATUS CONFERENCE**<br><br>COMPLAINT FILED: 9/14/10<br>TRIAL DATE: 6/4/12 |

As a result of the parties having encountered delays obtaining information from their experts who require time for testing of Plaintiff's oil paintings, and as a result of the fact that the parties would like to participate in a second mediation which they intend to schedule for May 31, 2012, the parties wish to request a continuance of the June 4, 2012 trial date to either November 12, 19 or 26, 2012.

The parties previously requested a telephone conference with Judge Chen to discuss these matters. It was suggested instead that the current April 6, 2012 status conference be reset for March 16, 2012, and that an updated joint status report be due March 13, 2012.

Accordingly, the parties hereto request that the April 6, 2012 status conference be reset for March 16, 2012, at 1:30 p.m., and that the joint status report be due on March 13, 2012.

Buresh, Kaplan,
Feller & Chang
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

Case No. C10-04114 EMC
STIPULATION & ORDER TO
RESET JOINT STATUS CONFERENCE

1

1  Dated: March 9, 2012                          BURESH, KAPLAN, FELLER & CHANG

2

3

4                                                By: _____/s/ Ann Kaplan_____
                                                     Ann S. Kaplan
5                                                    Attorneys for Defendant,
                                                     GAMBLIN ARTISTS COLORS CO.
6

7

8

9  Dated: March ___, 2012                       CARLE, MACKIE, POWER & ROSS LLP

10

11

12

13                                               By: _____
                                                     Willard A. Carle III
14                                                   Attorneys for Plaintiff,
                                                     JACK STUPPIN
15

16

17

18         **IT IS SO ORDERED.**

19

20

21  Dated: March 13, 2012

22

23

24                                                IT IS SO ORDERED

25                                                _____/s/_____
                                                  Judge Edward M. Chen
26                                                UNITED STATES DISTRICT COURT
                                                  NORTHERN DISTRICT OF CALIFORNIA
27

28

Buresh, Kaplan,
Feller & Chang
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

Case No. C10-04114 EMC
STIPULATION & ORDER TO
RESET JOINT STATUS CONFERENCE

1  Dated: March 9, 2012                    BURESH, KAPLAN, FELLER & CHANG

2

3

4
                                            By: _____
5                                               Ann S. Kaplan
                                                Attorneys for Defendant,
6                                               GAMBLIN ARTISTS COLORS CO.

7

8
9  Dated: March 12, 2012                   CARLE, MACKIE, POWER & ROSS LLP

10

11

12

13                                          By: _____
                                                Willard A. Carle III
14                                              Attorneys for Plaintiff,
                                                JACK STUPPIN
15

16

17

18          IT IS SO ORDERED.

19

20

21 Dated: March ___, 2012

22

23
                                            _____
24                                          Edward M. Chen
                                            U.S. District Judge
25

26

27

28

Buresh, Kaplan, Feller & Chang
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

Case No. C10-04114 EMC
STIPULATION & ORDER TO
RESET JOINT STATUS CONFERENCE

2