ANN S. KAPLAN, ESQ. (#76945)
BURESH, KAPLAN, FELLER & CHANG
2298 Durant Avenue
Berkeley, California 94704
Telephone:     (510) 548-7474
Facsimile:      (510) 548-7488

Attorneys for Defendant
GAMBLIN ARTISTS COLORS CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK STUPPIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GAMBLIN ARTISTS COLORS CO.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.  C10-04114 EMC<br><br>**ORDER PERMITTING EQUIPMENT AND EVIDENCE AT TRIAL**<br><br>COMPLAINT FILED: 9/14/10<br>TRIAL DATE: 3/8/13 |

The Court orders that the attached list of equipment and evidence may be allowed into the Courthouse for purposes of the subject trial.

Dated: 2/28/13  _____
　　　　　　　　　　　　　　　　　　　　　　　　　　, CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　District Judge

*IT IS SO ORDERED*
Judge Edward M. Chen

Buresh, Kaplan,
Feller & Chang
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

ORDER PERMITTING EQUIPMENT AND EVIDENCE AT TRIAL　　　　1

## **Evidence & Equipment List for Stuppin vs. Gamblin Trial**

1. Laptop computer and associated cables.

2. One video projector and associated cables.

3. One projection screen.

4. One VGA (computer video) switching box.

5. One VGA splitter box.

6. One Elmo document camera.

7. Bag of AC extension cords, audio, video cables and power strips.

8. Media cart (4.5 ft. tall, three shelves, wheels).

9. Aluminum cart (for carrying equipment).

10. Portable table.

11. Roll of gaffers tape.

12. Large bottle of Galkyd (Liquid).

13. Large bottle of Gamvar (Liquid).