UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK STUPPIN,                                    Case No. C-10-4114 EMC

        Plaintiff,                              **ORDER DIRECTING COURT**
**TO FURNISH DAILY REFRESHMENTS**

    v.

GAMBLING ARTISTS COLORS CO.,

        Defendant.
_____/

    **IT IS HEREBY ORDERED** that the United States District Court shall furnish daily refreshments for the eight (8) members of the jury in the above-entitled matter at the expense of the United States on March 8, 11, 12, 13, 18, 19, 20, and 22, 2013 and all days thereafter as long as jury is in deliberation.  Refreshments shall be delivered to the jury room for Courtroom 5, 17th Floor by 7:45 a.m.

    IT IS SO ORDERED.

Dated:  February 28, 2013

                                  _____
                                    EDWARD M. CHEN
                                    United States District Judge