WILLARD A. CARLE III, SBN 95703
KIMBERLY CORCORAN, SBN 148229
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone:  (707) 526-4200
Facsimile:  (707) 526-4707

Attorneys for Plaintiff
JACK STUPPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK STUPPIN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GAMBLIN ARTISTS COLORS CO.; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendant(s). | Case No. C 10-04114 EMC<br><br>**[PROPOSED] ORDER PERMITTING EQUIPMENT AND EVIDENCE AT TRIAL**<br><br>*Complaint Filed:  9/14/10*<br>*Trial Date:  03/08/2013* |

The Court orders that the list of equipment, referenced below, may be allowed into the Courthouse for purposes of the subject trial.

**Equipment and Evidence List:**

1. Two (2) Laptop computers and associated cables, flash drive and disc.
2. Bag of extension cords, audio, video cables and power strips.
3. Original Painting – Marin Rocks 51 x 71.
4. Original Painting – Wind & Trees 40 x 56.
5. 1 Gallon jug of GAC-100.
6. Dickson recordable temperature gauge.

Dated: ___3/4/13_____

IT IS SO ORDERED
Judge Edward M. Chen

_____
EDWARD M. CHEN
United States District Judge